**Opinion issued March 20, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-23-00493-CV**

———————————

**EDMOND DEMIRAJ D/B/A ALB PAINTING AND REMODELING,**
**Appellant**

**V.**

**NOE MARTINEZ & JUDY MARTINEZ, Appellees**

---

**On Appeal from County Court at Law No. 2**
**Galveston County, Texas**
**Trial Court Case No. CV-0088626**

---

## SUPPLEMENTAL MEMORANDUM OPINION

On February 27, 2025, we suggested a remittitur of $53,863.77 in unsupported

actual damages awarded to appellees Noe Martinez and Judy Martinez. *See* TEX. R.

APP. P. 46.3. We stated that, if the Martinezes timely filed the remittitur with the

Clerk of this Court within fifteen days, we would modify the trial court's judgment to reflect the remittitur and affirm as modified.

The Martinezes timely filed the remittitur. Accordingly, we vacate our judgment, but not our opinion, dated February 27, 2025, and modify the trial court's judgment to reflect the remittitur and award the Martinezes $45,000 in actual damages instead of $98,863.77. We affirm the trial court's judgment as modified. *See* TEX. R. APP. P. 43.2(b), 46.3.

Kristin Guiney
Justice

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.